**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **LEN BER, M.D., BEATRICE MCLAUGHLIN, DEBORAH MAHANGER, L.M., CATHERINE THOMPSEN, JOSEPH P. BRADY, MAYRA BERMUDEZ,** and **TARGETED JUSTICE, INC.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CENTERS FOR DISEASE CONTROL AND PREVENTION; NATIONAL INSTITUTES OF HEALTH**; and **JAY BHATTACHARYA, M.D.,** in his official capacity as **Director** of the **National Institutes of Health** and **Acting Director** of the **Centers for Disease Control and Prevention,**<br><br>Defendants. | CASE NO.:<br><br>ADMINISTRATIVE PROCEDURE ACT |

**ORDER GRANTING MOTION FOR SPECIAL ADMISSION**

This cause comes before the Court on Ana L. Toledo, Esquire's Motion for Special Admission pursuant to Local Rule 2.01(c), Middle District of Florida.

Having reviewed the Motion and being otherwise fully advised in the premises, the Court finds that the Motion is due to be granted.

Accordingly, it is hereby ORDERED:

1. Ana L. Toledo, Esquire's Motion for Special Admission [ECF No. ___] is GRANTED.

2. Ana L. Toledo, Esquire, is specially admitted to practice before this Court in the above-captioned case for the limited purpose of representing the Plaintiffs.

3. Within fourteen (14) days of the date of this Order, Ms. Toledo shall:

- Pay the $150.00 special admission fee through the Court's pay.gov system; and
- Complete the Pro Hac Vice E-File Registration with the Clerk of Court to obtain CM/ECF access.

4. Ms. Toledo is reminded that she is bound by all Local Rules of the Middle District

of Florida and the Rules Regulating The Florida Bar while appearing in this case.

**DONE** and **ORDERED** this _____ day of ____________, 2026.

____________________________________
**United States District Judge**