**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

M.D. LEN BAR et al.,

Plaintiffs,

v. Case No. 8:26-cv-1822-KKM-LSG

CENTERS FOR DISEASE CONTROL AND PREVENTION et al.,

Defendants.

---

**NOTICE OF A RELATED ACTION**

In accordance with Local Rule 1.07(c), I certify that the instant action:

______ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

______________________________

______________________________

______________________________

✓ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF A RELATED

ACTION upon each party no later than fourteen days after appearance of the party.

Dated: July 6, 2026

[signature], counsel for Plaintiffs

Counsel of Record or pro se Party
[Address and Telephone]

2830 Arizona Ave. NW.
Washington, D.C. 20016
(832) 247-3046
(281) 772-7668