**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**M.D. LEN BER et al.,**

Plaintiffs,

Case No. 8:26-cv-1822-KKM-LSG

V.

**CENTERS FOR DISEASE CONTROL AND PREVENTION, et al.,**

Defendants.

---

## PROOF OF SERVICE

I hereby certify that on July 6, 2026, I served a copy of the Summons, Complaint, and the "Civil Case Order" on the following Government Defendants by certified mail, return receipt requested, in accordance with Federal Rule of Civil Procedure 4(i):

1. **Hon. Gregory W. Kehoe**,
   United States Attorney for the Middle District of Florida
   400 North Tampa Street, Suite 3200, Tampa, FL 33602
   (Certified Mail Article No. 70170660000078714989 — Return Receipt Requested)

2. **Todd Blanche**, Acting Attorney General of the United States
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530
   (Certified Mail Article No.70170660000078714972 — Return Receipt Requested)

3. **Dr. Jay Battacharya**, in his official capacity as Director and Acting Director, respectively, National Institute of Health and Centers for Disease Control; **Centers for Disease Control;** and **National Institute of Health**

% **Mr. Robert Foster**
Acting General Counsel
Department of Health and Human Services
200 Independence Avenue, SW
Washington, DC 20201
(Certified Mail Article No. 9589071052704031403790 — Return Receipt Requested)

Attached as **Exhibit A** are copies of the certified mail receipts and/or return receipts confirming the above.

**Respectfully submitted,**

Date: July 6, 2026


*/s/ Ana L. Toledo, Esq.*
Ana L. Toledo
2830 Arizona Ave., N.W.
Washington, D.C. 20016
T. 281-772-7668; 832-247-3046
Email: ana@anatoledo.com


**CERTIFICATE OF SERVICE**

I certify that on this date this document was filed electronically with the Clerk of the Court using the Court's CM/ECF system that notifies the parties in the case.

Date: July 6, 2026.


*/s/ Ana L. Toledo, Esq.*
Ana L. Toledo
2830 Arizona Ave., N.W.
Washington, D.C. 20016
T. 281-772-7668; 832-247-3046
Email: ana@anatoledo.com

UNITED STATES POSTAL SERVICE.

PALISADES
5136 MACARTHUR BLVD NW
WASHINGTON, DC 20016-3316
www.usps.com

07/06/2026 02:25 PM

| | | |
|---|---|---|
| Priority Mail® 1 | | $12.45 |
| Washington, DC 20201 | | |
| Weight: 2 lb 5.00 oz | | |
| Expected Delivery Date | | |
| Wed 07/08/2026 | | |
| Insurance | | $0.00 |
| Up to $100.00 included | | |
| Certified Mail® | | $5.30 |
| Tracking #: | | |
| 9589 0710 5270 4031 4037 90 | | |
| Return Receipt | | $4.40 |
| Tracking #: | | |
| 9590 9402 0072 6058 4266 44 | | |
| Total | | $22.15 |
| Priority Mail® 1 | | $13.05 |
| Tampa, FL 33602 | | |
| Weight: 0 lb 12.90 oz | | |
| Expected Delivery Date | | |
| Thu 07/09/2026 | | |
| Insurance | | $0.00 |
| Up to $100.00 included | | |
| Certified Mail® | | $5.30 |
| Tracking #: | | |
| 70170660000078714989 | | |
| Return Receipt | | $4.40 |
| Tracking #: | | |
| 9590 9402 9920 5335 3278 42 | | |
| Total | | $22.75 |
| Priority Mail® 1 | | $11.00 |
| Washington, DC 20530 | | |
| Weight: 0 lb 12.90 oz | | |
| Expected Delivery Date | | |
| Wed 07/08/2026 | | |
| Insurance | | $0.00 |
| Up to $100.00 included | | |
| Certified Mail® | | $5.30 |
| Tracking #: | | |
| 70170660000078714972 | | |
| Return Receipt | | $4.40 |
| Tracking #: | | |
| 9590 9402 9920 5335 3278 28 | | |
| Total | | $20.70 |

---

9589 0710 5270 4031 4037 90

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20201

OFFICIAL USE

Certified Mail Fee $ $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $4.40
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $ $12.45

Total Postage and Fees $ $22.15

0260
08

Postmark Here

07/06/2026

Sent To: Robert Foster, HHS Acting Gen Couns
Street and Apt. No., or PO Box No.: 200 Independence Ave
City, State, ZIP+4®: Washington DC 20201

PS Form 3800, January 2023 PSN 7530-02-000-9047 See Reverse for Instructions

---

7017 0660 0000 7871 4989

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Tampa, FL 33602

OFFICIAL USE

Certified Mail Fee $ $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $4.40
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $ $13.05

Total Postage and Fees $

0260
08

Postmark Here

07/06/2026

Sent To: Gregory Kehoe, US Atty
Street and Apt. No., or PO Box No.: 400 North Tampa St, Ste 3200
City, State, ZIP+4®: Tampa FL 33602

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions

---

7017 0660 0000 7871 4972

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530

OFFICIAL USE

Certified Mail Fee $ $5.30

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ $4.40
- ☐ Return Receipt (electronic) $ $0.00
- ☐ Certified Mail Restricted Delivery $ $0.00
- ☐ Adult Signature Required $ $0.00
- ☐ Adult Signature Restricted Delivery $ $0.00

Postage $ $11.00

Total Postage and Fees $

0260
08

Postmark Here

07/06/2026

Sent To: Todd Blanche, Acting Atty Gen
Street and Apt. No., or PO Box No.: 950 Pennsylvania Ave
City, State, ZIP+4®: Washington DC 20530-0001

PS Form 3800, April 2015 PSN 7530-02-000-9047 See Reverse for Instructions