**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | |
|---|---|
| **LEN BER, M.D., et al.**<br><br>Plaintiffs,<br><br>v.<br><br>**CENTERS FOR DISEASE CONTROL AND PREVENTION; et al.**<br><br>Defendants. | CASE NO.: 8:26-cv-1822KKM-LSG<br><br>ADMINISTRATIVE PROCEDURE ACT |

**NOTICE OF CHANGE OF ADDRESS**

**TO THE HONORABLE COURT:**

COME NOW the Plaintiffs, through their undersigned counsel, and respectfully state and pray:

1, The undersigned counsel's mailing address has changed to the following:

4200 Wisconsin Ave. N.W.
Suite 106-179
Washington, D.C. 20016

2. The rest of the contact information remains the same.

3. The information above has already been updated in the PACER system.

Respectfully submitted,

**DATE**: August 4, 2026

*/s/ Ana L. Toledo*
Ana L. Toledo, Esq.
PR Bar No. 10577
4200 Wisconsin Ave. N.W.
Suite 106-179
Washington, D.C. 20016
Tel. 832-247-3046;281-772-7668
Email: ana@anatoledo.com
Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2026, I electronically filed the foregoing Motion with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have appeared in this case.

Date: August 4, 2026.


*<u>/s/ Ana L. Toledo</u>*
Ana L. Toledo, Esquire
Puerto Rico Bar No. 10577
4200 Wisconsin Ave. N.W.
Suite 106-179
Washington, D.C. 20016
Tel: (832) 247-3046 / (281) 772-7668
Email: ana@anatoledo.com
Counsel for Plaintiffs